In the Matter of FRANMOR REALTY CORP., Appellant, against J. RANDALL LE BOEUF, JR., et al., Constituting the Board of Zoning Appeals of the Village of Old Westbury, Respondents.—

**796**

Present
— Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ. [See *post*, p. 874.]